UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | |
|---|---|
| Leneto Runee Wright | debtor |

| Leneto Runee Wright, | plaintiff |
|---|---|
| v. | |
| Trystone Capital Assets, LLC, | defendant |

Case No.:  20-12415-ABA

Chapter:  13

Adv. Proc. No.  20-1236-ABA

Judge:  Andrew B. Altenburg, Jr.

Hearing Date:  September 27, 2022

**ORDER ON MOTIONS FOR SUMMARY JUDGMENT**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: October 17, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Leneto Runee Wright*
*Case No.: 20-12415-ABA*
*Leneto Runee Wright v. Trystone Capital Assets, LLC*
Order on Motions for Summary Judgment
Page | 2

---

**THIS MATTER** having come before the court by the Motion for Summary Judgment filed by the debtor/plaintiff Leneto Runee Wright (Doc. No. 48) and the Motion for Summary Judgment filed by the defendant, Trystone Captial Assets, LLC (Doc. No. 49); and after a hearing held September 27, 2022; and

For the reasons set forth on the record and in a Memorandum Opinion entered herewith; and for good cause shown; it is

**ORDERED** that as to Count II-Preference, Mr. Wright's Motion for Summary Judgment is DENIED and Trystone's Motion for Summary Judgment is GRANTED.

**IT IS FURTHER ORDERED** that as to Count I-Fraudulent Transfer, both Motions for Summary Judgment are DENIED without prejudice. Mr. Wright is granted 60 days to obtain an appraisal of the property and submit evidence on his insolvency as of the December 2018 transfer date. If no supporting documents are filed by December 19, 2022, the court will enter summary judgment on Count I in favor of Trystone. If supporting documents are timely filed, a Status Conference will be held on January 10, 2023 at 2:00 p.m. to determine what further steps need to be taken.